UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| FARIS FAIDHI, )<br>          Plaintiff, )<br>-v-                                                    )<br>                                                        )<br>                                                        )<br>INTERNAL REVENUE SERVICE, et al., )<br>          Defendants. )<br>                                                        ) | No. 1:21-cv-478<br><br>Honorable Paul L. Maloney |

## JUDGMENT

This Court has resolved all pending claims in this lawsuit. As required by Rule 58 of the Federal Rules of Civil Procedure, **JUDGMENT ENTERS.**

**THIS ACTION IS TERMINATED.**

**IT IS SO ORDERED.**

Date:  December 14, 2021                                           /s/ Paul L. Maloney
                                                                                    Paul L. Maloney
                                                                                    United States District Judge